## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT J. MYERS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:24-cv-5547-JDW** |
| | : | |
| **HONORABLE DANIEL J. SULMAN,** | : | |
| *et al.*, | : | |
| **Defendants.** | : | |

### ORDER

AND NOW, this 1st day of November, 2024, upon consideration of Plaintiff Robert J. Myers's Motion to Proceed *In Forma Pauperis* (ECF No. 1), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED** pursuant to 28 U.S.C. § 1915.

It is **FURTHER ORDERED** that the Complaint is **DEEMED** filed and is **DISMISSED WITH PREJUDICE** for the reasons in the accompanying Memorandum.

The Clerk of Court shall close this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

**JOSHUA D. WOLSON, J.**